amount,'' which is not so much as named or stated, and she agreed to make the deed. This was not more than had been talked of since long prior to the alleged agreement and up to the date of Mrs. Smith's death, and it cannot serve to support the alleged agreement to make the deed, saying nothing of possession and other matters of part performance, necessary to take the case out of the statute of frauds. The decree of the court below will therefore be affirmed.        AFFIRMED.

Decided 9 September, 1901.

LEIGH *v.* JENNINGS.

From Douglas: JAMES W. HAMILTON, Judge.

Action of ejectment by Edw. B. Leigh, G. G. Warner, and

Henry D. Laughlin against P. J. Jennings, Chas. Bruneau, and R. J. Jennings, to recover possession of a mining claim. From a judgment for defendants, this appeal was taken.

DISMISSED.

*Messrs. Dolph, Mallory, Simon & Gearin, F. W. Benson,* and *Coshow & Sheridan,* for appellants.

*Messrs. A. C. Woodcock, J. S. Medley, David Goodsell,* and *Andrew M. Crawford,* for respondents.

Pursuant to the stipulation of the parties to that effect, the appeal was dismissed. No opinion.        DISMISSED.

Decided 24 October, 1901.

LAUGHLIN *v.* JENNINGS.

Douglas County: JAMES W. HAMILTON, Judge.

Suit by Henry D. Laughlin against P. J. Jennings to quiet his title to the south six hundred feet of the Heavenward Mining Claim, in the Bohemia mining district, resulting in a decree as prayed for, from which defendant appeals.

DISMISSED.

*Messrs. Andrew M. Crawford, J. S. Medley* and *A. C. Woodcock,* for appellant.

*Messrs. Walton & Markley,* and *Coshow & Sheridan,* for respondents.

Pursuant to the written stipulation of the parties the appeal herein was dismissed without costs or disbursements to either party.   No opinion.                                DISMISSED.

Decided 3 February, 1902.
MONTGOMERY *v.* JONES.

From Multnomah:   JOHN B. CLELAND, Judge.

Suit by B. Montgomery against B. F. Jones to enforce a note and mortgage; resulting in a decree for plaintiff, from which this appeal is taken.                          DISMISSED.

*Messrs. Williams, Wood & Linthicum,* for appellant.

*Messrs. W. S. Ward* and *W. M. Gregory,* for respondent.

Pursuant to the stipulation of the parties the decree was affirmed without costs or disbursements to either party.

DISMISSED.

Decided 22 October, 1901.
EX PARTE SCOTT.

From Multnomah:   ARTHUR L. FRAZER, Judge.

This was a *habeas corpus* proceeding brought by Minna J. Burgoyne to determine the custody of a child, John M. Scott, son of petitioner and one W. K. Scott.   After the writ had been served the boy was taken beyond the limits of the state, and subsequent proceedings were had without his presence, resulting in a dismissal of the petition.        DISMISSED.

*Mr. Cicero M. Idleman,* for appellant.

*Messrs. Carey & Mays,* for respondent.

On motion of appellant the appeal was dismissed.   There was no written opinion.                        DISMISSED.